UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID MILLER,<br>    Plaintiff,<br><br>v.<br><br>CITY OF KNOXVILLE, et al.,<br>    Defendants. | No. 3:03-CV-574<br>(Phillips/Guyton) |

### ORDER

This matter is before the court on plaintiff's motion for voluntary dismissal without prejudice as to defendant Universal Constructors, Inc., [Doc. 41]. No opposition has been received to the motion. Accordingly, for the good cause stated, plaintiff's motion is hereby **GRANTED;** and defendant Universal Constructors, Inc., is **DISMISSED** as a defendant in this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Said dismissal is without prejudice.

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge